

**FILED**
CLOSED
JUL 1 3 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:17-mj-01730-DUTY-1

Case title: USA v. Ng

Date Filed: 07/11/2017
Date Terminated: 07/11/2017

Assigned to: Duty Magistrate Judge

16CR1996-WQH-6

### Defendant (1)

**Wong Hung Ng**
*TERMINATED: 07/11/2017*

represented by **Deborah Elise Gonzalez**
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012-4202
213-894-7867
Fax: 213-894-0081
Email: deborah_gonzalez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Complaints

Defendant in violation of 21:959,
960,963,841(a)(1),846; 18:1956(a)(1)
(B)(i),(a)(2)(B)(i);21:853; 18:982

### Disposition

### Disposition

### Disposition

Defendant is ordered HELD to
ANSWER to the USDC, Southern
District of California

## Plaintiff

**USA**                                    represented by **US Attorney's Office**
AUSA - Office of US Attorney
Criminal Div - US Courthouse
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2017 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Wong Hung Ng, originating in the Southern District of California. Defendant charged in violation of: 21:959, 960,963,841(a)(1),846; 18:1956(a)(1)(B)(i),(a)(2)(B)(i);21:853; 18:982. Signed by agent Caleb A Lazo, Homeland Security Investigations; Special Agent. (ja) (Entered: 07/13/2017) |
| 07/11/2017 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Wong Hung Ng; defendant's Year of Birth: 1979; date of arrest: 7/10/2017 (ja) (Entered: 07/13/2017) |
| 07/11/2017 | 3 | Defendant Wong Hung Ng arrested on warrant issued by the USDC Southern District of California at San Diego. (Attachments: # 1 Charging Document)(ja) (Entered: 07/13/2017) |
| 07/11/2017 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Karen L. Stevenson as to Defendant Wong Hung Ng Defendant arraigned and states true name is as charged. Attorney: Deborah Elise Gonzalez for Wong Hung Ng, Deputy Federal Public Defender, present. Court orders defendant Permanently detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to Southern District of California. Warrant of Removal and final commitment to issue. (MANDARIN) INTERPRETER Required as to Defendant Wong Hung Ng. Government's move to UNSEAL Indictment GRANTED as to defendant only. Court Reporter: Marea Woolrich. (ja) (Entered: 07/13/2017) |
| 07/11/2017 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Wong Hung Ng (ja) (Entered: 07/13/2017) |
| 07/11/2017 | 6 | ORDER OF DETENTION by Magistrate Judge Karen L. Stevenson as to Defendant Wong Hung Ng (ja) (Entered: 07/13/2017) |
| 07/11/2017 | 7 | FINANCIAL AFFIDAVIT filed as to Defendant Wong Hung Ng. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 07/13/2017) |
| 07/11/2017 | 8 | |

| | | STATEMENT OF CONSTITUTIONAL RIGHTS filed by Defendant Wong Hung Ng (ja) (Entered: 07/13/2017) |
|---|---|---|
| 07/11/2017 | 9 | WAIVER OF RIGHTS approved by Magistrate Judge Karen L. Stevenson as to Defendant Wong Hung Ng. (ja) (Entered: 07/13/2017) |
| 07/11/2017 | 10 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Karen L. Stevenson that Defendant Wong Hung Ng be removed to the Southern District of California (ja) (Entered: 07/13/2017) |
| 07/13/2017 | | Notice to Southern District of California of a Rule 5 Initial Appearance as to Defendant Wong Hung Ng. Your case number is: 16CR1996-WQH. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 10 Warrant of Removal and Commitment to Another District, 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40), Interpreter Required. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 07/13/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/14/2017 11:49:15 | | | |
| PACER Login: | US4733:2654104:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:17-mj-01730-DUTY End date: 7/14/2017 |
| Billable Pages: | 2 | Cost: | 0.20 |

FILED

2017 JUL 11   AM 11:14

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S)

v.

Wong Hung Ng (6) aka "Mia"

DEFENDANT(S).

CASE NUMBER

16 CR 1996 WQH     17 MJ 01730

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: United States District Court

in the _Southern_ District of _California_ on _7/10/17_

at _1500_ ☐ a.m. / ☑ p.m.  The offense was allegedly committed on or about _11/2/17_

in violation of Title _21 + 18_ U.S.C., Section(s) _959, 960, 963, 841 (a)(1) 84_

to wit: _____

18 USC 1956 (a)(1)(B)(i)(a)(2)(B)

A warrant for defendant's arrest was issued by: Hon. Nita L. Stormes

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence _7/11/17_, by

_____, Deputy Clerk.

Signature of Agent

Caleb A. Liao
Print Name of Agent

Homeland Security Investigations
Agency

HSI Special Agent
Title

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA      **PLAINTIFF** | CASE NUMBER: **17 MJ01730** |
| v. | 16CR1996-WQH |
| WongHungNg (6) aka "Mui" **DEFENDANT** | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 7/10/2017    1500    ☐ AM ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:

   21 USC : 959, 960, 963 + 21 USC : 841(a)(1) 846 + 18 USC 1956
   + 21 USC : 853; 18:982 (a)(1)(B)(i)
   (a)(2)(B)(
   (1

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☑ Yes   Language: Chinese / Mandarin

7. Year of Birth: ▓▓▓-1979

8. Defendant has retained counsel: ☐ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Ninetta Smith x 5569

10. Remarks (if any): _____

11. Name: CALEB A. LAZO   (please print)

12. Office Phone Number: 310-335-5952    13. Agency: ICE-HSI

14. Signature: _____    15. Date: 7·11·17

CR-64 (2/14)      **REPORT COMMENCING CRIMINAL ACTION**

AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**v.**

Wong Hung Ng (6) aka "Mau"

**17 MJ 01730**

## WARRANT FOR ARREST

**Case Number:** 16CR1996-WQH

## NOT FOR PUBLIC VIEW

JUL 11 AM 11: 25 FILED

To:     The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Wong Hung Ng (6)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition   ☐ Pretrial Violation

charging him or her with  (brief description of offense):
21:959,960,963 – International Conspiracy to Distribute Controlled Substances
21:959,960 – International Distribution of Controlled Substances
21:841(a)(1),846 – Conspiracy to Distribute Controlled Substances
18:1956(a)(1)(B)(i),(a)(2)(B)(i),(h) -  Conspiracy to Launder Monetary Instruments
21:853; 18:982 – Criminal Forfeiture

In violation of Title      See Above      United States Code, Section(s) _____

| | |
|---|---|
| John Morrill | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| s/ M. Lozano | 1/12/2017 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $        NO BAIL        by        The Honorable Nita L. Stormes

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

FILED

17 JAN 12 PM 4:40

MØL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2016 Grand Jury    17 MJ01730

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>██████████████████<br>██████████████████<br>██████████████████<br>██████████████████<br>██████████████████<br>██████████████████<br>WONG HUNG NG (6),<br>  aka "Mau,"<br>██████████████████<br>██████████████████<br><br>                    Defendants. | Case No. 16CR1996-WQH<br><br>I N D I C T M E N T<br>(2nd Superseding)<br><br>Title 21, U.S.C., Secs. 959, 960<br>and 963 – International Conspiracy<br>to Distribute Controlled<br>Substances; Title 21, U.S.C.,<br>Secs. 959, 960 – International<br>Distribution of Controlled<br>Substances; Title 21, U.S.C.,<br>Secs. 841(a)(1) and 846 –<br>Conspiracy to Distribute<br>Controlled Substances; Title 18,<br>U.S.C., Sec. 1956(a)(1)(B)(i),<br>(a)(2)(B)(i) and (h) – Conspiracy<br>to Launder Monetary Instruments;<br>Title 21, U.S.C., Sec. 853 and<br>Title 18, U.S.C., Sec. 982 –<br>Criminal Forfeiture |

The grand jury charges:

JPJO:nlv:San Diego
1/12/17

## Count 1

Beginning at a date unknown to the grand jury and continuing up to and including January 2017, within the Southern District of California, the countries of Mexico, Costa Rica, Nicaragua and elsewhere, defendants

WONG HUNG NG, aka "Mau,"

who will first enter the United States in the Southern District of California, did knowingly and intentionally conspire with each other and with others known and unknown to the grand jury to distribute and cause the distribution of a controlled substance, to wit: 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; intending and knowing that such cocaine would be unlawfully imported into the United States; all in violation of Title 21, United States Code, Sections 959, 960, and 963.

## Count 2

2

## Count 3

█████████████████████████████████████████████

## Count 4

In or about May 2016, in the country of Nicaragua and elsewhere, defendants █████████████████████████████████ ████ WONG HUNG NG, aka "Mau," ████████████████████ ███████████ will first enter the United States within the Southern District of California, did knowingly and intentionally distribute and cause the distribution of 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, intending and knowing that such cocaine would be unlawfully imported into the United States; in violation of Title 21, United States Code, Sections 959 and 960.

## Count 5

Beginning at a date unknown to the grand jury and continuing up to and including January 2017, within the Southern District of California and elsewhere, defendants ████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ███████████████████ WONG  HUNG  NG,  aka  "Mau," ████████████

3

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ did knowingly and intentionally

2 conspire together and with each other and with others known and unknown

3 to the grand jury to possess with intent to distribute and to distribute

4 a controlled substance, to wit: 5 kilograms and more of a mixture and

5 substance containing a detectable amount of cocaine, a Schedule II

6 Controlled Substance; all in violation of Title 21 United States Code,

7 Sections 841(a)(1) and 846.

8                                     Count 6

9     Beginning at a date unknown to the grand jury and continuing up to

10 and including January 2017, within the Southern District of California

11 and elsewhere, defendants ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14 ▮▮▮▮▮▮▮ WONG HUNG NG, aka "Mau," ▮▮▮▮▮▮

15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ did knowingly combine, conspire,

16 and agree with each other and with other persons known and unknown to

17 the grand jury to commit offenses against the United States, to wit: to

18 knowingly conduct financial transactions affecting interstate commerce

19 and foreign commerce, which transactions involved the proceeds of

20 specified unlawful activity, that is, Conspiracy to Possess With Intent

21 to Distribute and to Distribute Controlled Substances in violation of

22 Title 21, United States Code, Sections 841(a)(1) and 846, knowing that

23 the transactions were designed in whole and in part to conceal and

24 disguise the nature, location, source, ownership, and control of the

25 proceeds of specified unlawful activity, and knowing that the property

26 involved in the financial transactions represented the proceeds of some

27 form of unlawful activity, in violation of Title 18, United States Code,

28 Section 1956(a)(1)(B)(i); and to transport, transmit, and transfer, a

                                     4

1  monetary instrument and funds involving the proceeds of specified
2  unlawful activity, that is, Conspiracy to Possess With Intent to
3  Distribute and to Distribute Controlled Substances in violation of
4  Title 21, United States Code, Sections 841(a)(1) and 846, from a place
5  in the United States to and through a place outside the United States,
6  knowing that the funds involved in the transportation, transmission, and
7  transfer represented the proceeds of some form of unlawful activity and
8  knowing that such transportation, transmission, and transfer was
9  designed in whole and in part to conceal and disguise the nature,
10  location, source, ownership, and control of the proceeds of specified
11  unlawful activity, in violation of Title 18, United States Code,
12  Section 1956(a)(2)(B)(i); all in violation of Title 18, United States
13  Code, Section 1956(h).

14                    Criminal Forfeiture Allegations

15      1.   The allegations contained in Counts 1 through 6 are realleged
16  and by their reference fully incorporated herein for the purpose of
17  alleging forfeiture to the United States of America pursuant to the
18  provisions of Title 21, United States Code, Section 853 and Title 18,
19  United States Code, Section 982.

20      2.   As a result of the commission of the felony offenses alleged
21  in Counts 1 through 5 of this 2nd superseding indictment, said violations
22  being punishable by imprisonment for more than one year and pursuant to
23  Title 21, United States Code, Sections 853(a)(1) and 853(a)(2),
24  defendants

25

26

27                      WONG HUNG NG, aka "Mau,"

28                              shall, upon conviction, forfeit to the

5

1  United States all their rights, title and interest in any and all

2  property constituting, or derived from, any proceeds the defendants

3  obtained, directly or indirectly, as the result of the offenses, and any

4  and all property used or intended to be used in any manner or part to

5  commit and to facilitate the commission of the violations alleged in

6  this 2nd superseding indictment.

7      3.    Upon conviction of the offense set forth in Count 6, defendants

8

9

10

11      WONG HUNG NG, aka "Mau,"

12      shall forfeit to the United States, all property, real and

13  personal, involved in such offense, and all property traceable to such

14  property.

15      4.    If any of the above referenced forfeitable property, as a

16  result of any act or omission of the defendants:

17      a.    cannot be located upon the exercise of due diligence;

18      b.    has been transferred or sold to, or deposited with, a third

19  party;

20      c.    has been placed beyond the jurisdiction of the Court;

21      d.    has been substantially diminished in value; or

22      e.    has been commingled with other property which cannot be

23  subdivided without difficulty;

24  //

25  //

26  //

27  //

28

1  it is the intent of the United States, pursuant to Title 21, United

2  States Code, Section 853(p), to seek forfeiture of any other property

3  of the defendants up to the value of the said property listed above as

4  being subject to forfeiture.

5  All in violation of Title 21, United States Code, Section 853 and

6  Title 18, United States Code, Section 982.

7     DATED:  January 12, 2017.

8                                              A TRUE BILL:

9

10                                             Foreperson

11
    ALANA W. ROBINSON
12  Acting United States Attorney

13

14  By:
        JOSHUA P. JONES
15      Assistant U.S. Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Western Division | ~~UNDER SEAL~~ |
| | Plaintiff, | Case Number: 2:17-MJ-01730 | Out of District Affidavit |
| vs. | | Initial App. Date: 07/11/2017 | Custody |
| | | Initial App. Time: 2:00 PM | |
| Wong Hung Ng | | | |
| | Defendant. | Date Filed: 07/11/2017 | |
| | | Violation: 21usc959,960, 963, 841(a)(1), | |
| | | 846; 18usc1956(a)1)(B)(i),(a)(2)(B)(i); | |
| | | 21usc853, 18usc982 | |
| | | CourtSmart/ Reporter: *MAREA WOOLRICH* | |

| | |
|---|---|
| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Karen L. Stevenson | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |

PRESENT:

| Horan Walker, Roxanne | *Sarah Lee* | *SHIRLY HONG* Mandarin |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter/Language |

☒ INITIAL APPEARANCE NOT HELD - CONTINUED

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
    ☒ preliminary hearing OR ☒ removal hearing / Rule 20.

☒ Defendant states true name ☒ is as charged ☒ is _____

☒ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☒ Defendant advised of consequences of false statement in financial affidavit. ☒ Financial Affidavit ordered SEALED.

☒ Attorney: Deborah Gonzalez, DFPD ☒ Appointed ☒ Prev. Appointed ☒ Poss. Contribution (see separate order)
    ☒ Special appearance by: _____

☒ Government's request for detention is: ☒ GRANTED ☒ DENIED ☒ WITHDRAWN ☒ CONTINUED

☒ Defendant is ordered: ☒ Permanently Detained ☒ Temporarily Detained (see separate order).

☒ BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☒ Government moves to UNSEAL ~~Complaint~~/Indictment/~~Information/Entire Case~~ ☒ GRANTED ☒ DENIED *as to A only.*

☒ Preliminary Hearing waived.

☒ Class B Misdemeanor ☒ Defendant is advised of maximum penalties

☒ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☒ PO/PSA WARRANT ☒ Counsel are directed to contact the clerk for
    District Judge _____ for the setting of further proceedings.

☒ Preliminary Hearing set for _____ at 4:30 PM _____

☒ PIA set for: _____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana

☒ Government's motion to dismiss case/defendant _____ only: ☒ GRANTED ☒ DENIED

☒ Defendant's motion to dismiss for lack of probable cause: ☒ GRANTED ☒ DENIED

☒ Defendant executed Waiver of Rights. ☒ Process received

☒ Court ORDERS defendant Held to Answer to *Southern* District of *California @ San Diego*
    ☒ Bond to transfer, if bail is posted. Defendant to report on or before _____
    ☒ Warrant of removal and final commitment to issue. Date issued: *7-11-2017* By CRD: *Rlee*
    ☒ Warrant of removal and final commitment are ordered stayed until _____

☒ Case continued to (Date) _____ (Time) _____ AM / PM
    Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
    Proceedings will be held in the ☒ Duty Courtroom _____ ☒ Judge's Courtroom

☒ Defendant committed to the custody of the U.S. Marshal ☒ Summons: Defendant ordered to report to USM for processing.

☒ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☒ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☒ RELEASE ORDER NO: _____

☒ Other: _____

☒ PSA ☒ USPO      ☒ FINANCIAL      ☒ READY

Deputy Clerk Initials *Rlee*
: *3 mins.*

1   SANDRA R. BROWN
    Acting United States Attorney
2   LAWRENCE S. MIDDLETON
    Assistant United States Attorney
3   Chief, Criminal Division
    SONAH LEE (Cal. Bar No. 246024)
4   Assistant United States Attorney
    General Crimes Section
5        1100 United States Courthouse
         312 North Spring Street
6        Los Angeles, California 90012
         Telephone:    (213) 894-2848
7        Facsimile:    (213) 894-0141
         E-mail:   sonah.lee@usdoj.gov
8
    Attorneys for Plaintiff
9   UNITED STATES OF AMERICA

10               UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        No. CR 17-mj-1730

13             Plaintiff,            GOVERNMENT'S NOTICE OF REQUEST FOR
                                     DETENTION
14             v.

15  WONG HUNG NG aka "Mau",

16             Defendant.

17

18       Plaintiff, United States of America, by and through its counsel

19  of record, hereby requests detention of defendant and gives notice of

20  the following material factors:

21  ☐   1.    Temporary 10-day Detention Requested (§ 3142(d)) on the

22            following grounds:

23      ☐   a.    present offense committed while defendant was on release

24                pending (felony trial),

25      ☐   b.    defendant is an alien not lawfully admitted for

26                permanent residence; and

27

28

1  ☐ c.   defendant may flee; or

2  ☐ d.   pose a danger to another or the community.

3  ☒ 2.   Pretrial Detention Requested (§ 3142(e)) because no

4        condition or combination of conditions will reasonably

5        assure:

6     ☒ a.   the appearance of the defendant as required;

7     ☒ b.   safety of any other person and the community.

8  ☐ 3.   Detention Requested Pending Supervised Release/Probation

9        Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

10        § 3143(a)):

11    ☐ a.   defendant cannot establish by clear and convincing

12           evidence that he/she will not pose a danger to any

13           other person or to the community;

14    ☐ b.   defendant cannot establish by clear and convincing

15           evidence that he/she will not flee.

16 ☒ 4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.

17        § 3142(e)):

18    ☒ a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

19           (46 U.S.C. App. 1901 et seq.) offense with 10-year or

20           greater maximum penalty (presumption of danger to

21           community and flight risk);

22    ☐ b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

23           2332b(g)(5)(B) with 10-year or greater maximum penalty

24           (presumption of danger to community and flight risk);

25    ☐ c.   offense involving a minor victim under 18 U.S.C.

26           §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

27           2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

28

1   2260, 2421, 2422, 2423 or 2425 (presumption of danger

2   to community and flight risk);

3   ☐   d.   defendant currently charged with an offense described

4   in paragraph 5a - 5e below, AND defendant was

5   previously convicted of an offense described in

6   paragraph 5a - 5e below (whether Federal or

7   State/local), AND that previous offense was committed

8   while defendant was on release pending trial, AND the

9   current offense was committed within five years of

10   conviction or release from prison on the above-

11   described previous conviction (presumption of danger to

12   community).

13   ☒   5.   Government Is Entitled to Detention Hearing Under § 3142(f)

14   If the Case Involves:

15   ☐   a.   a crime of violence (as defined in 18 U.S.C.

16   § 3156(a)(4)) or Federal crime of terrorism (as defined

17   in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum

18   sentence is 10 years' imprisonment or more;

19   ☐   b.   an offense for which maximum sentence is life

20   imprisonment or death;

21   ☒   c.   Title 21 or MDLEA offense for which maximum sentence is

22   10 years' imprisonment or more;

23   ☐   d.   any felony if defendant has two or more convictions for

24   a crime set forth in a-c above or for an offense under

25   state or local law that would qualify under a, b, or c

26   if federal jurisdiction were present, or a combination

27   or such offenses;

28

1    ☐    e.    any felony not otherwise a crime of violence that
2              involves a minor victim or the possession or use of a
3              firearm or destructive device (as defined in 18 U.S.C.
4              § 921), or any other dangerous weapon, or involves a
5              failure to register under 18 U.S.C. § 2250;
6    ☒    f.    serious risk defendant will flee;
7    ☐    g.    serious risk defendant will (obstruct or attempt to
8              obstruct justice) or (threaten, injure, or intimidate
9              prospective witness or juror, or attempt to do so).
10   ☐ 6.    Government requests continuance of _____ days for detention
11          hearing under § 3142(f) and based upon the following
12          reason(s):

13
14   _____
15   _____
16   _____
17 // _____
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

4

1   ☐  7.    Good cause for continuance in excess of three days exists in

2            that:

3

4             _____

5             _____

6             _____

7             _____

8   Dated: July 11, 2017          Respectfully submitted,

9                             SANDRA R. BROWN

10                         Acting United States Attorney

11                         LAWRENCE S. MIDDLETON
                             Assistant United States Attorney

12                         Chief, Criminal Division

13

14                         _____
                         SONAH LEE

15                         Assistant United States Attorney

16                         Attorneys for Plaintiff
                         UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>WONG HUNG NG,<br><br>                    Defendant. | NO. 2:17-MJ-01730-DUTY<br><br>ORDER OF DETENTION AFTER<br>HEARING<br><br>(18 U.S.C. § 3142(i)) |

I.

A.   ( X )   On motion of the Government in a case allegedly involving:

      1. ( )   a crime of violence;

      2. ( )   an offense with a maximum sentence of life imprisonment or death;

      3. (X)   a narcotics or controlled substance offense with a maximum sentence of

           ten or more years;

      4. ( )   any felony - where the defendant has been convicted of two or more

           prior offenses described above;

      5. ( )   any felony that is not otherwise a crime of violence that involves a minor

1    victim, or possession or use of a firearm or destructive device or any

2    other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

3  B. (X)    On motion by the Government / ( ) on Court's own motion, in a case allegedly

4            involving:

5            1. (X)    a serious risk that the defendant will flee;

6            2. ( )    a serious risk that the defendant will:

7                      a. ( )  obstruct or attempt to obstruct justice;

8                      b. ( )  threaten, injure, or intimidate a prospective witness or juror or

9                              attempt to do so.

10 C.        The Government (X) is/ ( ) is not entitled to a rebuttable presumption that no

11           condition or combination of conditions will reasonably assure the defendant's

12           appearance as required and the safety of any person or the community.

13

14                                        II.

15 A.   (X)    The Court finds that no condition or combination of conditions will reasonably

16             assure:

17             1.    (X)    the appearance of the defendant as required.

18                   (X)    and/or

19             2.    (X)    the safety of any person or the community.

20 B.   (X)    The Court finds that the defendant has not rebutted by sufficient evidence to the

21             contrary the presumption provided by statute.

22

23                                        III.

24        The Court has considered:

25 A.    the nature and circumstances of the offense(s) charged;

26 B.    the weight of evidence against the defendant;

27 C.    the history and characteristics of the defendant; and

28 D.    the nature and seriousness of the danger to any person or to the community.

2

IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report and recommendation.

V.

The Court bases the foregoing finding(s) on the following:

A.   (X)   The history and characteristics of the defendant indicate a serious risk that the defendant will flee, because the risk of flight is presumed in this case; no bail resources have been proffered to mitigate the risk of flight; and defendant submitted on the issue.

B.   (X)   The defendant poses a risk to the safety of other persons or the community because of the nature and seriousness of the allegations in this presumption case; and submission on the issue.

VI.

A.   ( )   The Court finds that a serious risk exists that the defendant will:

1. ( ) obstruct or attempt to obstruct justice.

2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

VII.

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED: July 11, 2017

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | 17-1730 |
| v. | | |
| Wong Hung Ng | | STATEMENT OF DEFENDANT'S CONSTITUTIONAL RIGHTS |
| | Defendant(s) | |

You are here for arraignment and plea upon an indictment or information filed against you, a copy of which will be given to you.

You are entitled to a speedy and public trial by jury. If you wish to waive a jury trial, you must be tried by the Court sitting without a jury.

You are entitled to be represented by an attorney at all stages of the proceedings against you. If you do not have the funds or the means to hire a lawyer, tell the Magistrate Judge and he/she will appoint an attorney from the Indigent Defense Panel or the office of the Federal Public Defender to represent you without cost to you.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. It is not necessary to prove your innocence. It is the burden of the government to prove, by competent evidence, your guilt beyond a reasonable doubt.

If you desire to plead guilty, you will be further questioned by a Court to ascertain whether or not your plea is voluntary. In the event your plea is accepted, the Court will sentence you after referral to the Probation Officer for a presentence report. This procedure usually takes about ten (10) weeks. Before accepting a plea of guilty, the Judge expects that you have discussed your case fully with your lawyer and have been fully advised of all the defenses you may have. You will be expected to know the maximum and minimum sentence you can receive on your plea of guilty.

Do not plead guilty unless you are, in fact, guilty of the charges made against you in the indictment or information. Do not plead guilty if there have been any threats made against you or any member of your family by anyone. Do not plead guilty if there have been any promises of leniency or a particular sentence made to you by anyone, including your own lawyer. No one has the authority to make any promises to you concerning sentence.

Your case will be referred to one of the Judges of this Court for all other proceedings. The name of the Judge will be drawn after your arraignment and all further proceedings will be before that Judge.

*(continued on Page 2)*

---

STATEMENT OF DEFENDANT'S CONSTITUTIONAL RIGHTS

**ACKNOWLEDGMENT OF DEFENDANT:**

I have read the above Statement of Rights and understand them. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: _____

_____
*Signature of Defendant*

*[or]*

I have personally heard a translation in the _____ Mandarin _____ language read to me and understand the above Statement of Rights.

Dated: 7/11/17

_____
*Signature of Defendant*

**STATEMENT OF THE INTERPRETER:**

I have translated the Statement of Rights to the Defendant in the *Mandarin* language.

Dated: 7/11/17

_____
*Signature of Interpreter*

*Shiru Hong*
*Print Name of Interpreter*

**STATEMENT OF COUNSEL:**

I am satisfied that the defendant has read this Statement of Rights or has heard the interpretation thereof and that he/she understands them.

Dated: 7/11/17

_____
*Signature of Attorney*

STATEMENT OF DEFENDANT'S CONSTITUTIONAL RIGHTS

CR-44 (09/97)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| v. | |
| Wong Hung Ng | MJ 17-1730 |

**WAIVER OF RIGHTS**
**(OUT OF DISTRICT CASES)**

I understand that charges are pending in the _Southern_ District of _California_ alleging violation of _21 USC 959, etc._ and that I have been arrested in this district and
<span style="font-size:small">*(Title and Section / Probation / Supervised Release)*</span>
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)   have an identity hearing to determine whether I am the person named in the charges;

    (2)   arrival of process;

*-Check one only-*

☑   **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

    (3)   have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

    (4)   request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐   **PROBATION OR SUPERVISED RELEASE CASES:**

    (3)   have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☑   have an identity hearing
☑   arrival of process
☐   have a preliminary hearing
☑   have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐   have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

Date: _7/11/17_     _____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _Mandarin_ language.

Date: _7/11/2017_     _____
Interpreter (if required)

Name & Address:

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America | CASE NUMBER: |
| PLAINTIFF(S) | 17-mj-1730 |
| v. | |
| Wong Hung Ng (6) | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| | <u>SOUTHERN</u> District of <u>CALIFORNIA</u> |
| DEFENDANT(S). | At <u>SAN DIEGO</u> |
| | *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense) International Conspiracy to Distribute Controlled Substances; Conspiracy to Distribute Controlled Substances; Conspiracy to Launder Monetary Instruments; Criminal Forfeiture

☑ in violation of Title <u>21; 18</u> United States Code, Section (s) <u>959, 960, 963, 841(a)(1), 846; 1956(a)(1), etc.</u>

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:
☑ duly waived arrival of process.
☑ duly waived identity hearing before me on <u>July 11, 2017</u>
☐ duly waived preliminary hearing before me on _____
☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
    ☐ Bail has been set at $_____ but has not been posted.
    ☐ No bail has been set.
    ☑ Permanent detention has been ordered.
    ☐ Temporary detention has been ordered.

<u>July 11, 2017</u>
Date

United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____  _____
Date  Deputy

M-15 (01/09)  FINAL COMMITMENT AND WARRANT OF REMOVAL